992

In the Matter of Lillian SS. and Another, Children Alleged to be Neglected. Ulster County Department of Social Services, Respondent; Brian SS., Appellant. (Proceeding No. 1.)

In the Matter of Lillian SS. and Another, Children Alleged to be Neglected. Ulster County Department of Social Services, Respondent; Keri SS., Appellant. (Proceeding No. 2.)

Submitted February 27, 2017; decided May 9, 2017

Motion for leave to appeal denied. Motion for poor person relief dismissed as academic. Motion for a stay dismissed as academic.

Judge Stein taking no part.

In the Matter of New York City Asbestos Litigation.

Laraine Sweberg, Individually and as Executrix of Ivan Sweberg, Deceased, Respondent, v ABB, Inc., et al., Defendants, and Crane Co., Appellant.

Submitted March 6, 2017; decided May 9, 2017

Motion for reargument of motion for leave to appeal denied [see 28 NY3d 1165 (2017)].